by Reon Barnes against John G. Carlisle. No opinion. Judgment affirmed on argument, with costs.

---

BARRUS, Appellant, v. PARSONS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 21, 1906.) Action by Donnie Barrus against David Parsons. No opinion. Order dismissing appeal (96 N. Y. Supp. 359) vacated, and reargument ordered, and case deemed submitted on original briefs, on stipulation of counsel in open court.

---

BARRUS, Appellant, v. PARSONS, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 28, 1906.) Action by Donnie Barrus against David Parsons.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents.

---

BAXTER, Respondent, v. CONNER, Appellant. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by George W. Baxter against James R. Conner. No opinion. Appeal dismissed, without costs.

---

BECKER v. HOTCHKIN et al. (Supreme Court, Appellate Division, Fourth Department. March 7, 1906.) Action by James P. Becker against Rosette B. Hotchkin and others. No opinion. Motion denied, without costs.

---

BEEKMAN, Respondent, v. CONGRESS BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by John N. Beekman against the Congress Brewing Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

BELOTTI, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. February 23, 1906.) Action by Salvino Belotti, as administrator, against the Metropolitan Street Railway Company. R. H. Ames, for appellant. T. J. O'Neill, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

BERNSTEIN, Respondent, v. NEW YORK HOUSE WRECKING CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 16, 1906.) Action by Abraham Bernstein against the New York House Wrecking Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

BERTHELSON, Appellant, v. GABLER, Respondent. (Supreme Court, Appellate Division, Second Department. March 9, 1906.) Action by Carl C. Berthelson against John C. Gabler. No opinion. Motion denied.

---

BIESEITHAL v. WISE. In re WISE. (Supreme Court, Appellate Division, First Department. March 9, 1906.) Appeal from Special Term, New York County. Action by Isaac Biesenthal against Benjamin Wise. From an order substituting certain attorneys as attorneys for defendant in the place of Leon Kronfeld and another, they appeal. Modified. Robert J. Robeson, for appellants. Emanuel Van Dernoot, for respondent.

PER CURIAM. The order appealed from should be modified by striking out the second provision thereof, providing that the payment of the $75 specified shall be in full for all services rendered in the action, and substituting in place thereof a provision that appellants Kronfeld and Harris be permitted to receive the $75 directed to be paid without prejudice to the bringing of any action by them against the defendant, Wise, to recover further compensation for the services rendered to him, if they shall be so advised. As so modified, the order should be affirmed, without costs to either party.

---

BLANCK, Respondent, v. PRESTON, Appellant. (Supreme Court, Appellate Division, Second Department. March 2, 1906.) Action by Mary Ann Blanck against Charles M. Preston as receiver of the New York Building Loan Banking Company.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the final award of costs, upon the authority of Preston v. Reinhart (decided December 29, 1905) 96 N. Y. Supp. 851.

HOOKER, J., dissents.

---

BLOOMGARDEN, Appellant, v. HOFFMAN et al., Respondents. (Supreme Court, Appellant Division, Second Department. March 2, 1906.) Action by Henry Bloomgarden against Ernst Hoffman and Alma Hoffman.

PER CURIAM. Judgment affirmed, with costs.

MILLER, J., dissents.

---

BLUM v. WHITNEY et al. (Supreme Court, Appellate Division, First Department. March 16, 1906.) Action by Edwin Blum against Harry P. Whitney and another. No opinion. Motion granted. Order filed.

---

In re BOARD OF EXAMINERS OF COUNTY OF ERIE. (Supreme Court, Appellate Division, Fourth Department. January 17, 1906.) In the matter of the appointment of a board of examiners to examine into the operation of the jury system of the county of Erie, created by chapter 369, p. 188, Laws 1895. No opinion. Report of examining board received, approved and filed, and a certified copy therefor ordered transmitted to the commissioner of jurors for the county of Erie.